SAO
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR MORTENSEN & SANDERS**
7401 W. Charleston Boulevard
Las Vegas, NV 89117
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR R. SALAZAR-OLIVERA, individually, JULIA GARCIA-NOVA, individually, and FRANCISCO CRUZ-LADINO, individually, <br><br>Plaintiffs<br><br>v.<br><br>RYDER TRUCK RENTAL, INC., authorized to conduct business in the State of Nevada; ALFREDO V. MAYORGA, individually; and DOES I through V; and DOE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO:   2:12-CV-00412-RCJ-VCF |

## STIPULATION AND ORDER TO REMAND

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs VICTOR SALAZAR-OLIVERA, JULIA GARCIA-NOVA and FRANCISCO CRUZ-LADINO and Defendant RYDER TRUCK RENTAL, INC., by and through their respective counsel of record, that this case be remanded back to the Eighth Judicial District Court, County of Clark, State of Nevada. This stipulation is based on Plaintiffs representation that each of their individual claims have a value less than $75,000.00.

1   IT IS FURTHER STIPULATED AND AGREED by and between the parties that this Stipulation in no way waives Defendant Ryder's right to renew its Notice of Removal within the time limit set by 28 U.S.C. §1446(b) should discovery reveal that Plaintiffs' claims are valued at an amount greater than $75,000.00.

DATED this 13 day of April, 2012.          DATED this 13th day of April, 2012.

GEORGE T. BOCHANIS LTD                     ALVERSON, TAYLOR, MORTENSEN & SANDERS

*George T Bochanis*                        *Karie N. Wilson*

GEORGE T. BOCHANIS, ESQ.                   KARIE WILSON, ESQ.
Nevada Bar No. 2262                        Nevada Bar No. 7957
631 South Ninth Street                     7401 W. Charleston Blvd.
Las Vegas, NV 89101                        Las Vegas, NV 89117
702-388-2005 Phone                         702-384-7000 Phone
702-388-0484 Fax                           702-385-7000 Fax
Attorney for Plaintiff                     Attorney for Defendant

## ORDER FOR REMAND

IT IS HEREBY ORDERED that this case be remanded to Department IV in the District Court for the County of Clark, State of Nevada, Case No. A-11-650482-C. Each party to bear their own attorneys' fees and costs.

DATED this 13th day of June 2012.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

ALVERSON, TAYLOR
MORTENSEN & SANDERS

*Karie N. Wilson*

KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Attorneys for Defendants